UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

DESHAN SPIVEY #502345,                          DOCKET NO. 1:22-CV-00079 SEC P
Plaintiff

VERSUS                                                                  JUDGE DRELL

CRAWFORD JORDAN ET AL,              MAGISTRATE JUDGE PEREZ-MONTES
Defendants

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate

Judge previously filed herein (ECF No. 12), noting the absence of objection thereto,

and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Complaint

(ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§

1915 and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment the keeper of

the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED in chambers, this /3 day of June 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT